**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6776**

DOUGLAS ROSS,

Petitioner - Appellant,

versus

WILLIE JAMES THOMPSON, Warden; FEDERAL CORREC-
TIONAL INSTITUTE - MORGANTOWN,

Respondents - Appellees.

Appeal from the United States District Court for the Northern Dis-
trict of West Virginia, at Clarksburg.  William M. Kidd, Senior
District Judge.  (CA-96-48-1)

Submitted:  December 3, 1996        Decided:  January 14, 1997

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Douglas Ross, Appellant Pro Se.  Rita R. Valdrini, Assistant United
States Attorney, Wheeling, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Douglas Ross appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Ross v. Thompson</u>, No. CA-96-48-1 (N.D.W. Va. May 1, 1996).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] In light of this disposition, Appellant's motions to expedite and for bail pending appeal are denied as moot.